IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN WILSON,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant | Case No.: 1:11-cv-01238 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

Parties have stipulated by counsel to extend the briefing schedule set forth in the Court's Scheduling Order. (Doc. 12). Based upon the facts presented in the parties' stipulation, the Court finds good cause for extending the briefing schedule. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff shall file an opening brief on or before **May 7, 2012**;
2. Defendant's opposition shall be filed no later than **June 6, 2012**; and
3. Plaintiff's brief in reply shall be filed no later than **June 20, 2012**.

IT IS SO ORDERED.

Dated:  **March 6, 2012**                              /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE

1