UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN G. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | )  Case No.: 1:11-cv-01238 - JLT<br>)<br>)  ORDER GRANTING SECOND EXTENSION OF<br>)  TIME<br>)<br>)  (Doc. 14)<br>)<br>)<br>)<br>) |

On May 3, 2012, the parties filed a stipulation for an extension of time for Plaintiff to file an opening brief. (Doc. 14). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7-1 at 4). After this extension has been used, "requests to modify [the Scheduling Order] must be made by written motion and will be granted only for good cause." (*Id.*) Because the parties stipulated to an extension of the briefing schedule on March 5, 2012 (Doc. 12), the Court interprets the parties' stipulation as a motion to modify the scheduling order.

A scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel." *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at \*7 (E.D. Cal. Oct. 9, 2009). According the parties' stipulation, the extension is required because "a portion of the Certified Administrative Record filed with this Court appears to be missing." (Doc. 14 at 1).

1

Defendant requests a sixty-day extension be granted to allow sufficient time for Defendant to locate the evidence and for Plaintiff to file her opening brief. (*Id.* at 1-2).

Accordingly, good cause appearing, **IT IS HEREBY ORDERED**:

1. The parties' request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief on or before July 5, 2012.

IT IS SO ORDERED.

Dated:   **May 4, 2012**                              */s/ Jennifer L. Thurston*
                                                      UNITED STATES MAGISTRATE JUDGE